IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:13cr174

DENNIS K. MILBURN,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE, ON CONDITION HE FULFILL ALL PREVIOUSLY UNDISCHARGED CONDITIONS OF SAID STATUS

---

On February 11, 2019, the Defendant, having previously been found in violation of his supervised release, a status that began November 23, 2016, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid February 11, 2019, guided by the Report of United States Probation Officer Grace Everson, this Court declined to revoke the Defendant's supervised release or, for that matter, to impose any additional conditions. Accordingly, the Defendant was continued on supervised release, subject to the fulfillment of any presently undischarged conditions of supervision initially imposed.

March 12, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Grace Everson, USPO